UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM N. WASHINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>SANDRA ALFARO, WARDEN,<br><br>    Respondent. | CASE NO. CV 14-5564-VAP (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 8 2014

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\WASHINGTON, W 5564\Judgment.wpd